# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD C. BREAUX

VERSUS

BLOCK LAW FIRM, A
PROFESSIONAL LAW CORPORATION

NO. 2024 CW 0349

**JULY 1, 2024**

---

In Re: Block Law Firm, A Professional Law Corporation, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 144569.

---

**BEFORE: THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP

**Greene, J.**, dissents and would grant the writ. I would reverse the judgment signed on March 18, 2024, which denied the Motion to Recuse filed by defendant, Block Law Firm, APLC. Based on the testimony and evidence, I find the close personal relationship of Judge Rebecca N. Robichaux's son, Jeremy Robichaux, with Kendall Krielow, a witness herein, demonstrated that there exists a substantial and objective basis that would reasonably be expected to prevent Judge Robichaux from conducting any aspect of the cause in a fair and impartial manner. La. Code Civ. P. art. 151(B). Accordingly, I would grant the Motion to Recuse Judge Rebecca N. Robichaux.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT